IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| LORI A. SCHOENWANDT, | ) | CIV. NO. 14-00444 HG BMK |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| HAWAII PAROLING AUTHORITY, TOMMY JOHNSON, BERT MATSUOKA, ANDREW MORGAN, JO DESMARET, | ) | |
| Defendants. | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (ECF No. 6)

Findings and Recommendation having been filed and served on all parties on October 27, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation to Dismiss Complaint Pursuant to 28 U.S.C. §§ 1915A(b), 1915(e)(2) (ECF No. 6) are adopted as the opinion and order of this Court with the following modifications:

On Page 19, Section F, Paragraph 1, the date that Plaintiff may file an amended complaint on a court approved prisoner civil rights complaint form shall be on or before Monday, December 15, 2014.

On Page 20, Number (2), the date that Plaintiff may file an amended complaint on a court approved prisoner civil rights complaint form shall be on or before Monday, December 15, 2014.

IT IS SO ORDERED.

Dated: November 10, 2014, Honolulu, Hawaii.



/s/ Helen Gillmor
Helen Gillmor
United States District Judge